FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Mar 28, 2019
JAMES W. McCORMACK, CLERK
By: /s/ Lorna Jones D.C.
DEP CLERK

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

In the Matter of the Search of )
(Briefly describe the property to be searched )
or identify the person by name and address) )   Case No. 4:19sw00055 JJV
)
Information associated with cellular phone number (702) )
964-4821 that is stored at premises controlled )
by ATT MOBILITY )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____Texas_____
(identify the person or describe the property to be searched and give its location):

As set forth in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal (identify the person or describe the property to be seized):

As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___18 MARCH 2019___ (not to exceed 14 days)
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for ____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __4 MARCH 2019  1707 HRS CST__   _____[signature]_____
                                                        Judge's signature

City and state:   Little Rock, Arkansas              Joe J. Volpe, United States Magistrate Judge
                                                         Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4:19 SW 00055 JJV | Date and time warrant executed:<br>5 March 2019 1446 PST | Copy of warrant and inventory left with:<br>ATT Mobility |
| Inventory made in the presence of:<br>Files Emailed | | |
| Inventory of the property taken and name of any person(s) seized: | | |

14 Files:
2680872.PDF
ATT Records KEY.PDF
Rspon AU - 2680872.PDF
Rspon AU - 2680872.TXT
Rspon CAPM - 2680872.PDF
Rspon CAPM - 2680872.TXT
Rspon CS - 2680872.PDF
Rspon CS - 2680872.TXT
Rspon ICDR - 2680872.PDF
Rspon ICDR - 2680872.TXT
Rspon Landline 2680872.PDF
Rspon Landline 2680872.TXT
Rspon Paymont 2680872.PDF
Rspon Paymont 2680872.TXT

---

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/2019

_Executing officer's signature_

SA Daniel Johnson
_Printed name and title_

Kindley ATT SW 2019

Include in library ▼     Share with ▼     Burn     New folder

| Name | Date modified | Type | Size |
|---|---|---|---|
| 2680872 | 3/10/2019 3:20 AM | Adobe Acrobat D... | 468 KB |
| ATT_Records_Key | 3/9/2019 11:41 PM | Adobe Acrobat D... | 565 KB |
| ReportAU_2680872 | 3/9/2019 11:41 PM | Adobe Acrobat D... | 66,731 KB |
| ReportAU_2680872 | 3/9/2019 11:41 PM | Text Document | 24,360 KB |
| ReportCAPM_2680872 | 3/9/2019 11:43 PM | Adobe Acrobat D... | 11 KB |
| ReportCAPM_2680872 | 3/9/2019 11:43 PM | Text Document | 13 KB |
| ReportCT_2680872 | 3/9/2019 11:41 PM | Adobe Acrobat D... | 50 KB |
| ReportCT_2680872 | 3/9/2019 11:41 PM | Text Document | 13 KB |
| ReportICDR_2680872 | 3/9/2019 11:42 PM | Adobe Acrobat D... | 7 KB |
| ReportICDR_2680872 | 3/9/2019 11:41 PM | Text Document | 3 KB |
| ReportLandline_2680872 | 3/9/2019 11:41 PM | Adobe Acrobat D... | 611 KB |
| ReportLandline_2680872 | 3/9/2019 11:41 PM | Text Document | 283 KB |
| ReportPAYMENT_2680872 | 3/9/2019 11:42 PM | Adobe Acrobat D... | 6 KB |
| ReportPAYMENT_2680872 | 3/9/2019 11:42 PM | Text Document | 3 KB |

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 4:19 SW 00055 JJV
Information associated with cellular phone number (702) )
964-4821 that is stored at premises controlled )
by ATT MOBILITY )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

As set forth in Attachment A.

located in the _____Northern_____ District of _____Texas_____, there is now concealed *(identify the person or describe the property to be seized)*:

As set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 242 | Deprivation of Rights Under Color of Law |

The application is based on these facts:

The Affidavit of Agent Daniel Johnson is incorporated herein by reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Issued by telephone pursuant to Rule 4.1 and 41(d)(3)
Attested to telephonically pursuant to the Federal Rules of Criminal Procedure

_____
Applicant's signature

Daniel Johnson, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4 MARCH 2019

_____
Judge's signature

City and state: Little Rock, Arkansas

Joe J. Volpe, United States Magistrate Judge
*Printed name and title*